# MARTIN, SNYDER & BERNSTEIN, P.A.
### ATTORNEYS AT LAW

♦

REDWOOD TOWER
SUITE 2000
217 EAST REDWOOD STREET
BALTIMORE, MARYLAND 21202
TELEPHONE: 410/547-7163
FACSIMILE: 410/547-1605

GERARD P. MARTIN
DAVID L. SNYDER
GREGG L. BERNSTEIN
STEVEN F. WROBEL

CAROLINE DELISLE CIRAOLO
T. CHRISTINE PHAM
DENIS J. CHARLESWORTH
KRISTIN E. BLUMER

OF COUNSEL
STEVEN J. SIBEL

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUL 23  A 8: 57

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

July 17, 2002

HAND-DELIVER

The Honorable J. Frederick Motz
Garmatz Federal Courthouse
101 West Lombard Street
Room 510
Baltimore, Maryland 21201

   Re:   Fidelity & Guaranty Life Ins. Co. v. CNA Financial Corp., et al.
         Case No.: 02-CV-2317

Dear Judge Motz:

   This firm represents the Defendants in the above-referenced matter. The action was originally filed in the Circuit Court for Baltimore City and was removed to this Court by Notice of Removal filed on July 12, 2002. Pursuant to Fed. R. Civ. Pro. 81, Defendants' Answer is due presently on or before Thursday, July 18, 2002.

   The purpose of this letter is to advise the Court that the Plaintiff has agreed to an extension until Friday, July 26, 2002, for Defendants to file their Answer.

   Thank you for your consideration.

                                          Very truly yours,

                                          Gregg L. Bernstein

cc:   Stephen D. Shaw, Esquire
      Patrick M. Pilachowski, Esquire
      Ronald Harris, Esquire