IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FIDELITY AND GUARANTY LIFE :
INSURANCE COMPANY, :
    Plaintiff :
:
    v. : Civil No. AMD 02-2317
:
CNA FINANCIAL CORPORATION, :
et al., :
    Defendants :

...oOo...

## ORDER

This case came before the Court for a hearing on the pending motion for temporary restraining order and preliminary injunction. The proceedings having been read and considered, and counsel having been heard, and the Court having rendered its ruling on the record, it is this 5th day of August, 2002 ORDERED

(1) The motions for temporary restraining order and preliminary injunction (Paper Nos. 3 and 8) are DENIED;

(2) The Clerk shall TRANSMIT a copy of this Order to counsel.

ANDRE M. DAVIS
United States District Judge