
$50 FEE PAID
#1185009
FEE NOT PAID
(LETTER)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND


ORIGINAL

U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 AUG 23 A 4: 25

FIDELITY AND GUARANTY LIFE INSURANCE CO.
    **Plaintiff(s)**

vs.

CNA FINANCIAL CORPORATION, ET AL.
    **Defendant(s)**

Case No.: JFM-02OCV-2317

\*\*\*\*\*\*

### MOTION FOR ADMISSION *PRO HAC VICE*

I, Gregg L. Bernstein, am a member in good standing of the bar of this Court. My bar number is 01340. I am moving the admission of

Ronald G. Harris to appear *pro hac vice* in this case as

counsel for Kenneth D. Keating, Valley Forge Life Insurance Co., and Continental Assurance Co.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| State of Arkansas | 1977 |
| State of Tennessee | 1980 |
| U. S. District Court for the Middle District of Tennessee | 1986 |
| U. S. Court of Appeals for the Sixth Circuit | 1987 |
| U. S. Court of Appeals-D.C. Circuit | 1992 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| Gregg L. Bernstein | Ronald G. Harris |
| Printed Name | Printed Name |
| Martin, Snyder and Bernstein | Neal & Harwell, PLC |
| Firm | Firm |
| Redwood Tower, Suite 2000 | 2000 One Nashville Place |
| 217 East Redwood Street | 150 Fourth Avenue, North |
| Baltimore, MD  21202 | Nashville, TN  37219 |
| Address | Address |
| (410) 547-7163 | (615) 244-1713 |
| Telephone Number | Telephone Number |
| (410) 547-1605 | (615) 726-0573 |
| Fax Number | Fax Number |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

☑ GRANTED      ☐ DENIED     **Felicia C. Cannon**

8-26-02                     by: *[signature]*

Date                         **Clerk, United States District Court**