

$50
#1188009
FEE PAID
FEE NOT PAID

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

ORIGINAL

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| FIDELITY AND GUARANTY LIFE INSURANCE CO. | * |
| **Plaintiff(s)** | 2002 AUG 23  A  4: 25 |
| | * |
| vs. | Case No.: ___JFM-020CV-2317___ |
| CNA FINANCIAL CORPORATION, ET AL. | * |
| | * |
| **Defendant(s)** | |

******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, ___Gregg L. Bernstein___, am a member in good standing of the bar of

this Court. My bar number is ___01340___. I am moving the admission of

___Aubrey B. Harwell, III___ to appear *pro hac vice* in this case as

counsel for ___Kenneth D. Keating, Valley Forge Life Insurance Co., and Continental Assurance Co.___.

We certify that:

1.     The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Tennessee State Courts | 1995 |
| U. S. District Court for the Middle District of Tennessee | 1996 |
| U. S. District Court for the Eastern District of Tennessee | 1996 |
| U. S. District Court for the Western District of Tennessee | 1999 |
| | |
| | |

2.     During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3.     The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction. then he/she must submit a statement fully explaining all relevant facts).

4.      The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.      The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.      Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.      **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT

Signature

Gregg L. Bernstein
Printed Name

Martin, Snyder and Bernstein
Firm

Redwood Tower, Suite 2000
217 East Redwood Street
Baltimore, MD   21202
Address

(410) 547-7163
Telephone Number

(410) 547-1605
Fax Number

PROPOSED ADMITTEE

Signature

Aubrey B. Harwell, III
Printed Name

Neal & Harwell, PLC
Firm

2000 One Nashville Place
150 Fourth Avenue, North
Nashville, TN  37219
Address

(615) 244-1713
Telephone Number

(615) 726-0573
Fax Number

*************************************************************************

## ORDER

☑ GRANTED      ☐ DENIED      Felicia C. Cannon

8-26-02

by: _____

Date

**Clerk, United States District Court**

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice                    Page 2 of 2