UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 JAN 10  P 1: 54

AT BALTIMORE

_____DEPUTY

January 10, 2003

MEMORANDUM TO COUNSEL RE:

Fidelity and Guaranty Life Ins. Co. v. CNA Financial Corp.
Civil No. AMD 02-2317

As you are aware, an agreed expedited discovery schedule was approved by order dated August 19, 2002. Please submit a comprehensive **joint** status report on or before January 31, 2003.

Despite the informal nature of this memorandum, it is an order of court and the clerk shall docket it as same.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt