**MARTIN, SNYDER & BERNSTEIN, P.A.**
ATTORNEYS AT LAW

REDWOOD TOWER
SUITE 2000
217 EAST REDWOOD STREET
BALTIMORE, MARYLAND 21202

TELEPHONE: 410/547-7163
FACSIMILE: 410/547-1605

GERARD P. MARTIN
DAVID L. SNYDER
GREGG L. BERNSTEIN
STEVEN F. WROBEL

CAROLINE DELISLE CIRAOLO
T. CHRISTINE PHAM
DENIS J. CHARLESWORTH
KRISTIN E. BLUMER

OF COUNSEL
STEVEN J. SIBEL

January 31, 2003

HAND-DELIVERED

The Honorable Andre M. Davis
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

   Re:   Fidelity & Guaranty Life Ins. Co. v. CNA Financial Corp., et al.
         Case No.: 02-CV-2317

Dear Judge Davis:

   Please accept the following as the parties' Joint Status Report, which is submitted pursuant to the Order entered January 10, 2003, requesting a comprehensive joint report:

   On August 19, 2002, the Court signed an Order accepting the parties' proposed discovery schedule for factual issues only. Damages-related discovery was reserved for a later time. Since that time, the parties have been actively engaging in discovery.

   In addition, the parties are involved in a related mandatory Arbitration proceeding involving another former F&G employee who joined CNA. Discovery in the Arbitration matter overlaps with the discovery being conducted in the case before the Court as the issues are similar.

   As part of the Arbitration proceeding, the following deadlines have been scheduled:

| | |
|---|---|
| Close of factual discovery: | 2/28/03 |
| Close of expert discovery: | 3/14/03 |
| Dispositive motions deadline: | 3/30/03 |
| Responses to dispositive motions: | 4/21/03 |
| Reply briefs: | 4/30/03 |
| Arbitration: | 5/27/03 |



The Honorable Andre . . Davis
January 31, 2003
Page 2

MARTIN, SNYDER & BERNSTEIN, P.A.

  The parties would propose a discovery deadline in this case of June 30; dispositive motions deadline of August 1; responses by September 1; and reply briefs by September 15. We are available for trial on a date that is mutually convenient with the Court in the event that the motions do not resolve this case.

  Thank you for your consideration of this matter.

Very truly yours,

Gregg L. Bernstein

cc: Stephen D. Shawe, Esquire
   Patrick M. Pilachowski, Esquire
   Ronald Harris, Esquire

APPROVED THIS 4th DAY OF Feb, 2003,

ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE