LAW OFFICES
SHAWE & ROSENTHAL, LLP
20 S. CHARLES STREET
BALTIMORE, MD 21201
410-752-1040
www.shawe.com

PATRICK M. PILACHOWSKI
pilachowski@shawe.com

Exhibit 2B

FAX: 410-752-8861

June 5, 2003

**VIA FACSIMILE AND FIRST CLASS MAIL**

Ronald Harris, Esquire
Neal & Harwell
150 Fourth Avenue, North
Suite 2000
Nashville, Tennessee 37219

      *Re: F & G Life v. Keating, et al.*

Dear Ron:

      I am writing to follow up on our letter of May 22nd. We wrote in an attempt to resolve the ongoing dispute concerning CNA's Response to Plaintiff's Second Request for Production of Documents. As of today, we have received no response. Last week, we were all focused on the arbitration, and no doubt our schedules were consumed with much preparation time the week before that, so it appears that this issue may have taken a back seat. We need, however, to understand what your client's final position is concerning our Requests. We are trying to work this out amicably without going to Court.

      We have substantially limited our initial Requests by shortening the time period and by providing a reduced number of MGAs. These Requests are relevant to the issues at hand. To date, your client has not produced documents that are responsive, nor has it suggested any reasonable limitation on the scope of the Requests. An outright refusal to produce any responsive documents is an unacceptable means of responding, even if there is any remaining dispute over the scope of the Requests.

      Please do not hesitate to contact me so that we can discuss this matter further. If we do not hear back from you by June 12, we will assume that you are refusing to produce any documents.

      Sincerely,

      SHAWE & ROSENTHAL, LLP

      Patrick M. Pilachowski

      Traci L. Burch

PMP/tlb
cc:    Gregg Bernstein, Esquire