## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FIDELITY AND GUARANTY LIFE INSURANCE CO. | * | |
| Plaintiff | * | |
| v. | * | |
| CNA FINANCIAL CORPORATION | * | Civil Action No. |
| and | * | AMD-020CV-2317 |
| CONTINENTAL ASSURANCE CO. | * | |
| and | * | |
| VALLEY FORGE LIFE INSURANCE CO. | * | |
| and | * | |
| KENNETH D. KEATING | * | |
| Defendants. | * | |

## ORDER

Upon consideration of Plaintiff Fidelity and Guaranty Life Insurance Co.'s Motion to Compel Responses to Plaintiff's Second Request for Production of Documents, and all supporting and opposing papers and any oral argument of the same,

IT IS HEREBY ORDERED this _____ day of _____, 2003 that:

1. Plaintiff's Motion to Compel is GRANTED, and that Defendants are hereby ordered to produce the documents requested in Plaintiff's Second Request for Production of Documents, unredacted and unlimited by objection, within _____ days of this Order.

IT IS SO ORDERED.

_____
Judge Andre M. Davis