**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(Northern Division)

| | | |
|---|---|---|
| Fidelity and Guaranty Life Insurance Co., | * | |
| | * | |
| Plaintiff, | | |
| | * | |
| v. | | Case No. 02-CV-2317 |
| | * | |
| CNA Financial Corporation, Continental Assurance Co., | * | |
| Valley Forge Life Insurance Co., and Kenneth D. Keating, | * | |
| | | |
| Defendants. | * | |

*     *     *     *     *     *     *     *     *     *     *     *

## WITHDRAWAL OF APPEARANCE OF COUNSEL

Please withdrawal the appearance of Thy Christine Pham as counsel for the Defendants, CNA Financial Corporation; Continental Assurance Co., Valley Forge Life Insurance Co. and Kenneth D. Keating in the above-entitled matter. Gregg L. Bernstein, of Martin, Snyder & Bernstein, P.A., will remain as counsel of record for the Defendant.

Respectfully submitted,

_____/S/_____
Thy Christine Pham
Martin, Snyder & Bernstein, P.A.
217 East Redwood Street
Suite 2000
Baltimore, MD 21202
(410) 547-7163
(410) 547-1605 facsimile

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 22nd day of October, 2003, a true and exact copy of the foregoing Motion to Withdrawal Appearance of Counsel, was sent electronically or by first class mail, postage prepaid, to the following:

> Stephen D. Shawe, Esq.
> Patrick M. Pilachowski, Esq.
> Shawe & Rosenthal, LLP
> 20 S. Charles Street, 11th Floor
> Baltimore, MD  21201

                                   /S/
Thy Christine Pham