IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| Fidelity and Guaranty Life Insurance Co., | * |
| Plaintiff, | * |
| v. | * Case No. AMD 020-CV-2317 |
| CNA Financial Corporation, Continental Assurance Co., Valley Forge Life Insurance Co., and Kenneth D. Keating, | * |
| Defendants. | * |

**STIPULATION FOR VOLUNTARY DISMISSAL AND ORDER**

Pursuant to Fed. R. Civ. P. 41 and Local Rule 111, the parties, by their respective counsel, stipulate and agree that this matter be dismissed, with prejudice, with each party to bear its own costs.

Dated: January 19, 2004

_____
Gregg L. Bernstein, Esq.
Zuckerman Spaeder LLP
100 E. Pratt St., Suite 2400
Baltimore, MD 21202

_____
Ronald G. Harris, Esq.
Neal & Harwell, PLC
150 Fourth Avenue, North, Suite 2000
Nashville, TN 37219

Counsel for Defendants

_____
Stephen D. Shawe, Esq.
Patrick M. Pilachowski, Esq.
Shawe & Rosenthal, LLP
20 S. Charles St., 11th Fl.
Baltimore, MD 21201

Counsel for Plaintiff

IT IS SO ORDERED, this _____ day of _____, 2004, that the above-entitled action be dismissed, with prejudice.

_____
U.S. District Judge

93511.1